WILLIAM H. KREITNER, as Administrator, etc., of CLARA M. KREITNER, Deceased, Respondent, v. EMMA L. BOLKCOM, Appellant, and ALBERT RIENER

* See Laws of 1919, chap. 408, § 62, subd. 4.— [REP.

(or REINER), Defendant.— Order in so far as it directs examination of appellant before trial affirmed, with twenty-five dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.